COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     1002 Gemini Interests, LLC and Edward Nwokedi v. Unlimited Restoration Specialists, Inc.

Appellate case number:   01-12-00011-CV

Trial court case number: 2009-09890

Trial court:             113th District Court of Harris County

A copy of the order from the bankruptcy court permitting appellant to prosecute this appeal has been filed in this Court. Appellant's unopposed motion to lift stay is **granted**, and this case is hereby **reinstated**.

Prior to this appeal being stayed, the court reporter was granted an extension of time to file the record, and informed that no further extensions would be granted absent extraordinary circumstances. Therefore, the court reporter is **ordered** to file the record in this appeal no later than 30 days from the date of this order.

Appellant's brief will be due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature:/s/ Justice Rebeca Huddle
☑ Acting individually     ☐ Acting for the Court


Date:  October 9, 2012